**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

_____
                                                                    )
INTERNATIONAL UNION, SECURITY,         )
POLICE AND FIRE PROFESSIONALS         )
OF AMERICA, et al.                                     )
              Plaintiffs,                                       )
                                                                    ) Civil Action No.: CCB-09-3136
       v.                                                          )
                                                                    )
BOGUES, et al.                                            )
jointly and severally, Defendants.              )
_____)

## JOINT REPORT OF THE PARTIES

Comes Now, Defendants' counsel to file this Joint Report of the parties regarding the dispositive motion briefing.

1. Plaintiffs filed a Motion for Summary Judgment on January 10, 2012.
2. Defendants' Opposition was due on March 7, 2012
3. Defendants' counsel while preparing the Opposition was directed by Defendants to seek a resolution of this matter before filing the Opposition Brief.
4. The respective counsel in this matter have been engaged in meaningful settlement discussions which has resulted in a demand and offer that the parties are expected to accept or reject by March 14, 2012.
5. Plaintiffs' counsel has agreed not to seek a default of Defendants due to their failure to file the Opposition Brief while the parties make this last attempt to settlement case.
6. Defendants' respectfully request that the Opposition Brief be accepted if no settlement can be reached by March 14, 2012.
7. If filed, further modification of the briefing scheduled will be sought by Plaintiffs' counsel for purposes of filing the Reply Brief, to which Defendants consent.

Dated:  March 12, 2012

                                    Respectfully submitted,

                                    _____/s/ Denise M. Clark_____
                                    Denise M. Clark (17385)
                                    The Law Office of Denise M. Clark, PLLC
                                    1250 Connecticut Ave, N.W., Suite 200
                                    Washington, D.C. 20036
                                    Telephone: (202) 293-0015
                                    Fax: (202) 293-0115
                                    dmclark@benefitcounsel.com

1

Attorney for Defendants
     /s/ Scott A. Brooks
 (MI Bar #P35773)
*Admitted Pro Hac Vice*
Gregory, Moore, Jeakle, Heinen & Brooks, P.C.
65 Cadillac Square, Suite 3727
Detroit, MI  48226
(313) 964-5600
(313) 964-2125 (fax)
scott@unionlaw.net