## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

|  |  |
|---|---|
| INTERNATIONAL UNION, SECURITY, POLICE AND FIRE PROFESSIONALS OF AMERICA, et al. Plaintiffs, <br><br> v. <br><br> BOGUES, et al. jointly and severally, Defendants. | ) ) ) ) ) ) ) Civil Action No.: 1:09-cv-03136-ccb ) ) ) ) ) |

## CONSENT MOTION TO FURTHER MODIFY THE SUMMARY JUDGMENT BRIEFING SCHEDULE

1. On January 9, 2012, Plaintiffs filed a Motion for Summary Judgment. Defendants filed their Opposition Brief on March 14, 2012. The Court granted Plaintiff an extension to file their Reply Brief until today, April 6, 2012.

2. In the last several weeks the parties have pursued settlement. The last discussion between counsel was yesterday evening (April 5, 2012). That discussed resulted in the parties reaching a settlement payment figure and suggests that they will reach full settlement as they attempt to work out the remaining settlement details. The parties intend to attempt to finalize a settlement within the next two weeks.

3. As a consequence, Plaintiffs' have sought and secured the consent of Defendants to seek the Court's approval to further modify the briefing schedule so that further work and effort on the Reply Brief will not need to be expended unless settlement is not achieved.

4. For the reasons set forth herein, Plaintiffs' seek until April 20, 2012 to file their Reply Brief.

5. A proposed Order is attached.

Dated: April 6, 2012

                                      Respectfully submitted,
                                      /s/ Scott A. Brooks
                                      (MI Bar #P35773)
                                      *Admitted Pro Hac Vice*
                                      Gregory, Moore, Jeakle, Heinen & Brooks, P.C.
                                      65 Cadillac Square, Suite 3727
                                      Detroit, MI 48226
                                      (313) 964-5600
                                      (313) 964-2125 (fax)
                                      scott@unionlaw.net
                                      Attorney for Plaintiffs

                                      /s/ Denise M. Clark
                                      Denise M. Clark (17385)
                                      Clark Law Group, PLLC
                                      1250 Connecticut Ave, N.W., Suite 200
                                      Washington, D.C. 20036
                                      Telephone: (202) 293-0015
                                      Fax: (202) 293-0115
                                      dmclark@benefitcounsel.com
                                      Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that the Consent Motion to Further Modify the Scheduling Order was sent to Defendants' counsel by CM/ECF on April 6, 2012.

                                      /s/ Scott A. Brooks
                                      Scott A. Brooks

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| INTERNATIONAL UNION, SECURITY, POLICE AND FIRE PROFESSIONALS OF AMERICA, et al.<br>Plaintiffs,<br><br>v.<br><br>BOGUES, et al.<br>jointly and severally, Defendants. | Civil Action No.: 1:09-cv-03136-ccb |

# ORDER
(April ___, 2012)

The matter came before the Court on the parties' Consent Motion.

For good cause shown, it is **ORDERED** that the parties will adhere to the following revised deadline in this litigation.

Reply briefs, if any, will be filed on or before April 20, 2012.

**SO ORDERED.**

The Honorable Catherine S. Blake<br>
United States District Judge